<u>In The United States District Court</u>
<u>Middle District of Alabama</u>

| | |
|---|---|
| John David Strong #124754<br>Petitioner pro se<br><br>-vs-<br><br>Johnny Hardwick, Judge<br>Circuit Court in and for<br>Montgomery County, et.al,<br>Respondent | 2:07-CV-87-WKW<br><br>Re: pending civil action<br>case No: CV-06-1314<br>in Judge Hardwick's docket |

<u>Petition For Writ of Mandamus</u>

Comes now Petitioner John David Strong pro se pursuant to the appropriate Rule and authority herein respectfully moves this Honorable Court for Mandamus relief in regards to a State civil action complaint that was filed by Petitioner in the Circuit Court of Montgomery County which was assigned to the Honorable Judge Johnny Hardwick's docket on or around April 25th 2006 referred to above: Because said Judge refuses to allow Petitioner his right to prosecute said case, this action follows:

-1-

## Statement

Petitioner then, as now was-is proceeding as a pauper and requested leave to proceed as a pauper in that civil action complaint in where Petitioner challenges not only the conditions of his confinement as being a violation of the 8th Amendment's ban, but that his transfer to Easterling Corr. F. was just another continual retaliatory action by prison officials to punish Plaintiff for exercising his First Amendment rights.

Be as it may, the Honorable Judge Johnny Hardwick is abusing his authority and is illegally discriminating against Petitioner Strong by illegally denying Petitioner his right under state rules of civil procedures, which Rule 4(b) mandates that all civil action complaints filed, must be served on the defendants within 120 days.. It has been over 270 days since Petitioner's civil complaint at issue was filed and it still hasn't been served on the defendants! The Honorable Judge Johnny Hardwick refuses to exercise his judicial duties mandated by state law (cited above) to allow this action to commence — which necessitates said Judge to rule on Petitioner's request for leave to proceed as a pauper, first

-2-

page -3-

which said Judge refuses to do.

Petitioner has exhausted his state court remedies, by filing Mandamus actions in all three (3) state courts, with no relief given and Petitioner has no other avenue for relief in state courts - to force Judge to do his duty and address Petitioner's cause of action, that's been on his docket since April of 2006.

### Conclusion

Wherefore premises considered Petitioner Strong respectfully moves this Honorable Court for Mandamus relief as this Honorable Court deems proper, such as an order asking said Judge why he should not be held in contempt for refusing to do what the law says he should do, and or enter an order directing said Judge to recuse himself and reassigne Petitioner's case to another Judge or in the alternitive accept jurisdiction of this case with an appropriate order.

It is so prayed   Respectfully Submitted
                  s/ John David Strong
Subscribed to before me       John David Strong pro se
on January 24th 2007

s/ [signature]
Notary, my commission expires on _____

John David Strong 124454
EASTERLING CORRECTIONAL FACILITY
P.O. Box 10   9-A-94
Clio, Alabama 36017

legal mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
25 JAN 2007 PM 3 L

Honorable Chief Judge
U.S. District Court
Middle District
P.O. Box 711
Montgomery