IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

John David Strong #124754
Plaintiff(s)

vs.

Johnny Hardwick, Judge
Defendant(s)

2:07-CV-87-WKW

I, John David Strong, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (L)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   N.A.

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   Some time in 1985 - around September

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( )  NO (L)

   B. Rent payments, interest or dividends? YES ( )  NO (L)

   C. Pensions, annuities or life insurance payments? YES ( )  NO (L)

   D. Gifts or inheritances? YES ( )  NO (L)

   E. Any other sources? YES ( )  NO (L)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.
   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.   — none —

   _John David Strong_
   Signature of Affiant

STATE OF ALABAMA   )
COUNTY OF Barbour  )

Before me, a notary public in and for said County, in said State, personally appeared _John David Strong_, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

S/ _John D Strong_
Signature of Affiant

Sworn to and subscribed before me this 24th day of January 2007.

_[signature]_
Notary Public

_Barbour_ County, Alabama

O R    my commission [illegible]

```
JAN. 12, 2007           USER: SARA P FAULK                         INMADB
                       COMPUTE AVERAGE DAILY BALANCE




            ENTER THE INMATE'S AIS NUMBER ===>   124754

        ENTER THE 'AS OF' DATE (CCYYMMDD) ===>   20070112


            NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                       PRESS ENTER TO CONTINUE
```

Bal .01
Ms Faulk, Acct Clerk