IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DAVID STRONG, #124 754, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:07-CV-87-WKW |
| v. | ) | |
| | ) | |
| JOHNNY HARDWICK, JUDGE | ) | |
| CIRCUIT COURT in and for | ) | |
| MONTGOMERY COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Order entered on this date, it is ORDERED that this case is DISMISSED without prejudice.  The parties shall bear their own costs related to this matter.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of March, 2007.

         /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE